UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/13/2022_
```

RAFIA LAWAL, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

INDEPENDENT LIVING AIDS, LLC,

                Defendant.

22 Civ. 5900 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 13, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by September 12, 2022. ECF No. 5. On September 12, 2022, the parties submitted a joint letter, but did not submit a case management plan. ECF No. 14. The parties' proposed case management plan is now overdue. Accordingly, by **September 19, 2022**, the parties shall submit a proposed case management plan.

    SO ORDERED.

Dated: September 13, 2022
         New York, New York

                                              ANALISA TORRES
                                    United States District Judge